TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-08579

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 26, 2011**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Lee Wilbanks<br>        Debtor.<br><br>BankUnited<br>        Movant,<br>vs.<br><br>Robert Lee Wilbanks, Debtor, Roger W. Brown, Trustee.<br><br>        Respondents. | No. 2:11-BK-06910-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #21) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 1, 2006 and recorded in the office of the Maricopa County Recorder wherein BankUnited is the current beneficiary and Robert Lee Wilbanks has an interest in, further described as:

> LOT 610, OF SUN GROVES PARCEL 11, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 556 OF MAPS, PAGE 38 AND AFFIDAVITS OF CORRECTION RECORDED AS 2001-1005841 AND AS 2001-1041235, OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.